# VERIFIED RETURN OF SERVICE

Job # MIA28445

**Client Info:**

The Law Offices of Jibrael S. Hindi, PLLC
1515 NE 26th Street
Wilton Manors, FL 33305

**Case Info:**

**PLAINTIFF:**
KEITH WARD
-versus-
**DEFENDANT:**
URBAN MOTION, INC. D/B/A SEGWAY LOS ANGELES

UNITED STATES DISTRICT COURT
Court Division: CENTRAL DISTRICT OF CALIFORNIA

Court Case # **2:25-CV-11861-MEMF**

**Service Info:**

**Received by Calwide Process Service: on January, 9th 2026** at **10:23 AM**
**Service:** I Served **URBAN MOTION, INC C/O REGISTERED AGENT -ROBERT C. ARNOFF**
With: **SUMMONS; NOTICE OF ASSIGNMENT; CIVIL COVER SHEET; NOTICE OF PARTI ES OF COURT-DIRECTED ADR PROGRAM; COMPLAINT; NOTICE TO COUSEL RE CONSENT TO PROCEED; CERT. AND NOTICE OF INTERESTED PARTIES**
by leaving with **Bridget Bastidas, Person employed at Virtual Office for Registered Agent that advised she is authorized to accept service**

**At Business 9100 WILSHIRE BOULEVARD, 710 EAST TOWER BEVERLY HILLS, CA 90212**
On **1/13/2026** at **02:10 PM**
**Manner of Service: USDC Summons**
Service has been completed pursuant to Federal Rule of Civil Procedure ( 4)

**Served Description: (Approx)**

Age: **30**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 7"**, Weight: **160**, Hair: **Brown** Glasses: **No**

**Service Comments:**

**Server asked for the agent and they said he's not available but the person they spoke to said they were authorized to accept**

I **Aleksandr Bibl** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:__________________________
**Aleksandr Bible**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 228-4029

Our Job # **MIA28445** Client Ref # **Ward v. Urban Motion, Inc. d/b/a Segway Los Angeles**